IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| FORREST BARFIELD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | ) Case No. CIV-16-779-F |
| | ) |
| JOE ALLGBAUGH, Interim Director, | ) |
| | ) |
| Respondent. | ) |

# ORDER

Petitioner, a state prisoner appearing *pro se* and *in forma pauperis*, seeks habeas relief in this action under 28 U.S.C. § 2254. Magistrate Judge Gary M. Purcell entered a Report and Recommendation (the Report, doc. no. 13), recommending the petition be denied.

The Report advised the parties of their right to file an objection to the recommendations contained in the Report by October 20, 2016. The Report further advised that failure to timely object waives the right to appellate review of both factual and legal issues contained in the Report. No objection has been filed, and no request for an extension of time within which to object has been filed.

The Report addresses, in detail, the reasons for the magistrate judge's recommendation that habeas relief be denied. As noted in the Report, almost all of petitioner's grounds for relief were presented in his direct appeal and were rejected in that appeal. To the extent that petitioner has raised additional arguments, the Report addresses those arguments as well as the arguments previously raised in the direct appeal. After review, the court agrees with the magistrate judge that no basis has been shown for habeas relief.

With no objection having been filed, after having concluded that no purpose would be served by any further analysis here, the court **ACCEPTS**, **ADOPTS**, and **AFFIRMS** the Report and Recommendation of the magistrate judge. The petition for a writ of habeas corpus is **DENIED**. A certificate of appealability is **DENIED**.

Dated this 4th day of November, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0779p001.wpd